# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL ENGLAND

NO. 2025 KW 0887

**NOVEMBER 26, 2025**

---

In Re: Carl England, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 396443.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** According to the St. Tammany Parish Clerk of Court's Office, relator's notice of appeal was granted on June 27, 2025, and documentation regarding filing his appeal was sent to relator on September 18, 2025. Moreover, as an incarcerated pro se prisoner, relator may seek review of the district court's ruling on his motion to correct an illegal verdict and an illegal sentence without the necessity of filing a notice of intent to obtain a return date. However, relator should seek review of the ruling at issue within a reasonable time.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT